IN THE SUPREME COURT OF THE STATE OF NEVADA

KENNETH LYNN ARTHUR MORRELL,
                        Appellant,
            vs.
THE STATE OF NEVADA,
                        Respondent.

No. 73318

FILED

JUL 2 8 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
      DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is a pro se appeal from a purported decision denying a petition for a writ of mandamus. Eighth Judicial District Court, Clark County; William D. Kephart, Judge.

Appellant has filed a motion for a voluntary dismissal of this appeal. Cause appearing, the motion is granted. *See* NRAP 42(b). Accordingly, we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____ J.
Parraguirre

_____, J.
Stiglich

---

[1]In light of this order, we take no action on the pro se motion to empower counsel filed on July 19, 2017

17-25144

cc: Hon. William D. Kephart, District Judge
Kenneth Lynn Arthur Morrell
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk
Clark County Public Defender